UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| NANCY A. HARRISON,<br><br>                              Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.<br><br>and<br><br>WELLS FARGO AND COMPANY<br>DISABILITY PLAN,<br><br>                              Defendants. | Civil Action No. 3:13–CV–279 |

## **ORDER**

THIS MATTER is before the Court on the defendants' Motion for Summary Judgment ("Motion") (ECF No. 12). For the reasons set forth in the accompanying Memorandum Opinion, the Court GRANTS the Motion.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

_____/s/_____
James R. Spencer
United States District Judge

ENTERED this   8th   day of November 2013.