FILED: December 5, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2379
(3:13-cv-00279-JRS)

_____

NANCY A. HARRISON

       Plaintiff - Appellant

v.

WELLS FARGO BANK, N.A.; WELLS FARGO AND COMPANY DISABILITY PLAN

       Defendants - Appellees

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is reversed. This case is remanded to the district court for further proceedings consistent with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

                                    /s/ PATRICIA S. CONNOR, CLERK