

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| NANCY A. HARRISON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:13-cv-279-JRS |
| WELLS FARGO BANK, N.A., et al. | ) |
| Defendants. | ) |

## JOINT STIPULATION TO DISMISS WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Nancy A. Harrison and Defendants Wells Fargo Bank, N.A. and Wells Fargo and Company Short-Term Disability Plan hereby stipulate that they have resolved this matter and that this action be dismissed WITHOUT PREJUDICE, each party to bear its own costs and attorneys' fees.

SO STIPULATED AND AGREED.

Dated: January __, 2015

Respectfully submitted,

NANCY A. HARRISON

By: _____
       Her Attorney

Richard F. Hawkins, III (VSB# 40666)
The Hawkins Law Firm, PC
2222 Monument Avenue
Richmond, VA 23220
(804) 308-3040
(804) 308-3132 (fax)
rhawkins@thehawkinslawfirm.net

Counsel for Plaintiff

Respectfully submitted,

WELLS FARGO BANK, N.A.
WELLS FARGO & COMPANY SHORT-TERM DISABILITY PLAN

By: _____
       Their Attorney

Summer L. Speight (VSB# 80957)
McGuireWoods LLP
901 East Cary Street
Richmond, Virginia 23219
(804) 775-1839
(804) 698-2128 (fax)
sspeight@mcguirewoods.com

Counsel for Defendants

**SO ORDERED**

/s/
James R. Spencer
Senior U. S. District Judge

1/29/15